**CSD 1160** [05/15/03]
Name, Address, Telephone No. & I.D. No.

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Stanley Robinson and Corastine Robinson
Debtor.

BANKRUPTCY NO. 09-10886-LT7

Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes
Moving Party

RS NO. ASW-1

Stanley Robinson and Corastine Robinson, Debtors; Gregory A. Akers, Chapter 7 Trustee;
Respondent(s)

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
☑ REAL PROPERTY    ☐ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☑ 7 ☐ 11 ☐ 12 ☐ 13 was filed on July 28, 2009.

2. Procedural Status:
   a. ☑ Name of Trustee Appointed *(if any)*: Gregory A. Akers
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:
   c. ☐ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: _____.
      If applicable, the prior case was dismissed on: _____.
   d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

Movant alleges the following in support of its Motion:

1. ☑ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:
      10084 Jacoby Road
      Spring Valley, CA 91977
      San Diego County
   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):
      Single Family Residence
   c. Legal description of property is attached as Exhibit A.

CSD 1160

    d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

    e.    *Fair market value of property as set forth in the Debtor's schedules: $ 355,500.00.

    f.    *Nature of Debtor's interest in the property:
       Co-Owners: Stanley Robinson and Corastine Robinson

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

    a.    Fair market value of property as set forth in the Debtor's schedules: $_____.

    b.    Nature of Debtor's interest in the property:

3. *Fair market value of property according to Movant: $ 355,500.00.

4. *Nature of Movant's interest in the property: Movant holds a Deed of Trust dated February 17, 2006.

5. *Status of Movant's loan:
    a.    Balance owing on date of Order for Relief:    $ 622,372.25
    b.    Amount of monthly payment:    $ 4,271.92
    c.    Date of last payment:
    d.    If real property,
        i.    Date of default:    2/1/2009
        ii.    Notice of Default recorded on:    7/23/2009
        iii.    Notice of Sale published on:
        iv.    Foreclosure sale currently scheduled for:
    e.    If personal property,
        i.    Pre-petition default:    $_____    No. of months:_____
        ii.    Post-petition default:    $_____    No. of months:_____

6. *(If Chapter 13 Case, state the following:)*
    a.    Date of post-petition default:
    b.    Amount of post-petition default:    $_____

7. Encumbrances:
    a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: Select Portfolio | 622,372.25 | 27,662.60 | 6 | 4,271.92 | 1 |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 622,372.25 | $ 27,662.60 | | $ 4,271.92 | |

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
       ☐ See attached page, if necessary.
       San Diego County Treasurer:  $7,944.22

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

8. Relief from the automatic stay should be granted because:

   a. ☑ Movant's interest in the property described above is not adequately protected.

   b. ☑ Debtor has no equity in the ☑ real property ☐ personal property described above and such property is not necessary to an effective reorganization.

   c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

      i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

      ii. the Debtor/Trustee has

         (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

         (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

   d. ☐ *Other cause exists as follows *(specify)*: ☐ See attached page.


When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5) and (6).

Movant attaches the following:

1. ☑ Other relevant evidence:
   DECLARATION OF JO-ANN GOLDMAN IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

2. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.


WHEREFORE, Movant prays that this Court issue an Order granting the following:

☑ Relief as requested.

☑ Other:
That the 10 day stay described by Bankruptcy Rule 4001(a)(3) be waived.


Dated: 9/1/09

/s/ ALAN STEVEN WOLF
[Attorney for] Movant


*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

# EXHIBIT A

**1113**

| LEGAL DESCRIPTION ADDENDUM | |
|---|---|
| Borrower Name(s):<br>STANLEY ROBINSON, CORASTINE ROBINSON | Lender:<br>Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |
| | Loan #: 0602156188 |
| Property Address:<br>10084 JACOBY ROAD<br>SPRING VALLEY, CA 91977 | |
| Legal Description:<br>LOT 60 OF EAST VIEW ESTATES UNIT NO. 1, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 8794, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 9, 1978. | |

Initials

MIN # 100176106021561882  
AHL 610101.UFF

ROBINSON  
Page 1 of 1

Loan # 0602156188