**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200

Order Entered on September 25, 2009 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Stanley Robinson and Corastine Robinson
                                                        Debtor.

BANKRUPTCY NO. 09-10886-LT7

Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes
                                                        Moving Party

RS NO.          ASW-1

Stanley Robinson and Corastine Robinson, Debtors; Gregory A. Akers, Chapter 7 Trustee;
                                                        Respondent(s)

# ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __4__ pages, is granted. Motion Docket Entry No. __17__

//
//
//
//

DATED: September 25, 2009

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

THE WOLF FIRM
(Firm name)

By: /s/ ALAN STEVEN WOLF
     Attorney for Movant

**CSD 1162**

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Stanley Robinson and Corastine Robinson                                CASE NO: 09-10886-LT7
                                                                                RS NO.:  ASW-1

The Motion of  Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan ,
               Trust 2006-2 Asset Backed Notes
("Movant"), for relief from the automatic stay having been filed with the above-entitled court on  September 1, 2009 , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A

OR Notice Docket Entry No.  19 , if filed electronically), the Motion, and accompanying Declarations having been served

upon the parties named below on  September 1, 2009 , and

- [x] Debtor *(Name)*:          Stanley Robinson and Corastine Robinson
- [x] Debtor's Attorney *(Name)*:  Richard L. Stevenson
- [x] Trustee *(Name)*:         Gregory A. Akers
- [x] United States Trustee (in Chapter 11 & 12 cases), and
- [ ] Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with

the estate's and the debtor's interest in

1. [x] The following real property:

    a. Street address of the property including county and state:

       10084 Jacoby Road
       Spring Valley, CA 91977
       San Diego County

    b. Legal description is [x] attached as Exhibit B or [ ] described below:

2. [ ] The following personal property as described [ ] below or [ ] in Exhibit B attached:

       IT IS FURTHER ORDERED that *(Optional)*:
 The 10 day stay described by Bankruptcy Rule 4001(a)(3) is waived.

CSD 1162

*Signed by Judge Laura Stuart Taylor September 25, 2009*

# EXHIBIT B

*Signed by Judge Laura Stuart Taylor September 25,2009*

**1113**

| LEGAL DESCRIPTION ADDENDUM | |
|---|---|
| Borrower Name(s):<br>STANLEY ROBINSON, CORASTINE ROBINSON | Lender:<br>Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |
| | Loan #: 0602156188 |
| Property Address:<br>10084 JACOBY ROAD<br>SPRING VALLEY, CA 91977 | |
| Legal Description:<br>LOT 60 OF EAST VIEW ESTATES UNIT NO. 1, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 8794, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 9, 1978. | |

Initials

MIN # 100176106021561882  ROBINSON  Loan # 0602156188
AHL 610101.UFF  Page 1 of 1

*Signed by Judge Laura Stuart Taylor September 25, 2009*